UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 23-MJ-8031

UNITED STATES OF AMERICA

v.

JEROME TURNER

ORDER

LEVENSON, M.J.

Defendant was brought to this court for an initial appearance on January 31, 2023.

Defendant is currently in state custody, awaiting trial.

The government requested a postponement of the detention hearing. Represented by counsel, Defendant agreed to postpone the detention hearing, without prejudice to his right to challenge detention at a later date. Defendant further agreed to waive his right to a preliminary hearing on the complaint at this time, again without prejudice.

The court will therefore continue the detention hearing in the instant case until such time as Defendant is released from state custody, in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, n. 3 (1st Cir. 1987).

Accordingly, it is ORDERED that:

(1) The detention hearing will be continued until further order of this Court;

(2) The U.S. Marshal shall return Defendant to state custody and shall lodge a detainer against Defendant with the state authorities on the basis of this Order; and

(3) The parties shall inform Deputy Clerk Rose Dumoulin upon Defendant's return to federal custody so that a detention hearing may be scheduled.

This Detention Order is subject to review under the provisions of 18 U.S.C. § 3145(b).

<u>/s/ Paul G. Levenson</u>
United States Magistrate Judge

Date: January 31, 2023